IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAYLENE WHITE, *an individual*,

        Plaintiff,

    v.

COLUMBIA SPORTSWEAR COMPANY,
*a corporation*,

        Defendant.

No. 3:24-cv-00006-SB

OPINION AND ORDER

**BAGGIO, District Judge:**

On October 28, 2024, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R", ECF 20), recommending that this Court grant in part and deny in part Defendant Columbia Sportwear Company's ("Defendant's") Motion for Judgment on the Pleadings, (ECF 12). Neither Plaintiff Kaylene White ("Plaintiff") nor Defendant objected. This Court ADOPTS Judge Beckerman's F&R.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. § 636(b)(1)(C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the

1 – OPINION AND ORDER

magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

The Court has reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's F&R.

## CONCLUSION

The Court ADOPTS Judge Beckerman's Findings and Recommendation (ECF 20). Therefore, Defendant's Motion for Judgment on the Pleadings (ECF 12) is GRANTED in part and DENIED in part. Plaintiff has fourteen (14) days from the date of this Opinion and Order to file an amended complaint.

IT IS SO ORDERED.

DATED this 11th day of December, 2024.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – OPINION AND ORDER